No. 978. MAGNUM IMPORT COMPANY, INC. *v.* FRANCOIS JOSEPH DE SPOTURNO COTY;

No. 979. MAX L. COHN, TRADING AS MACLEN IMPORT COMPANY, *v.* FRANCOIS JOSEPH DE SPOTURNO COTY;

No. 980. ARTHUR BAUM ET AL., TRADING AS BEAUTEX COMPANY, *v.* FRANCOIS JOSEPH DE SPOTURNO COTY;

No. 981. MAGNUM IMPORT COMPANY, INC. *v.* HOUBIGANT, INC.; and

No. 982. IVORY NOVELTIES TRADING COMPANY, INC. *v.* FRANCOIS JOSEPH DE SPOTURNO COTY. Argued on return to rule to show cause April 16, 17, 1923. Order entered April 17, 1923. On consideration of the petitions for suspending orders herein, and of the argument of counsel thereupon had, it is now here ordered by this Court that the said petitions be, and the name are hereby, denied. *Mr. Charles H. Tuttle,* with whom *Mr. Isaac Reiss* and *Mr. William J. Hughes* were on the briefs, for petitioners. *Mr. Asher Blum,* with whom *Mr. Hugo Mock* was on the briefs, for Coty. *Mr. George S. Hornblower,* with whom *Mr. Lindley M. Garrison* and *Mr. Raoul E. Desvernine* were on the brief, for Houbigant, Inc. . [See *ante,* 159, *post,* 738.]

---

No. —, Original. *Ex parte:* IN THE MATTER OF TAUBEL-SCOTT-KITZMILLER COMPANY, PETITIONER. April 30, 1923. The motion for leave to file a petition for a writ of prohibition herein is denied. *Mr. Frank J. Hogan* for petitioner.